IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSHUA CULOTTA, #173184 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:03-CV-686-MEF |
| | ) | WO |
| BILLY MITCHEM, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

_____

| | | |
|---|---|---|
| JOSHUA CULOTTA, #173184 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 2:03-CV-862-MEF |
| v. | ) | |
| | ) | |
| BILLY MITCHEM, et al., | ) | |
| | ) | |
| Respondents. | ) | |

_____

**ORDER**

On February 23, 2006 (Doc. 20), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is adopted and that the petition for habeas corpus relief filed by Petitioner Joshua Culotta is DENIED and DISMISSED with prejudice.

Done this the 22nd day of March, 2006.

                                              /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE