IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSHUA CULOTTA, #173184 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:03-CV-686-MEF |
| | ) | WO |
| BILLY MITCHEM, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

_____

| | | |
|---|---|---|
| JOSHUA CULOTTA, #173184 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 2:03-CV-862-MEF |
| v. | ) | |
| | ) | |
| BILLY MITCHEM, et al., | ) | |
| | ) | |
| Respondents. | ) | |

_____

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the respondents and against the petitioner, and that this action be and is hereby dismissed with prejudice.

Done this the 22nd day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE